UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN A. GRACE,

    Plaintiff,

v

MONEY RECOVERY NATIONWIDE,
assumed name of NATIONWIDE
COLLECTION AGENCIES, INC.,

    Defendant.
_____/

Case No. 1:15-cv-01325

HON. PAUL L. MALONEY
District Court Judge

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their respective counsel of record, and hereby stipulate and agree to dismiss this matter with prejudice and without costs or attorney fees to either party.

Dated: December 20, 2016

/s/ James H. Koning
James H. Koning (P31622)
Attorney for Plaintiff

Dated: December 20, 2016

/s/ Charity A. Olson
Charity A. Olson (P68295)
Attorney for Defendant